UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20855-CMA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

DECARDENAS COMMERCIAL
PROPERTIES, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, DECARDENAS COMMERCIAL PROPERTIES, LLC, hereby advise the Court that the parties have reached a settlement of the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than June 5, 2025. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this June 2, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | *By: /s/ Rodolfo Gomez* |
| RAMON J. DIEGO | RODOLFO GOMEZ |
| Florida Bar No. 689203 | Florida Bar No.: 0820903 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **FORDHARRISON LLP** |
| 5001 SW 74th Court, Suite 103 | One S.E. 3rd Avenue, Suite 2130 |
| Miami, Florida 33155 | Miami, Florida 33131 |
| Telephone: (305) 350-3103 | Telephone: (305) 808-2108 |
| | Facsimile: (305) 808-2101 |
| Email: ramon@rjdiegolaw.com | Email: rgomez@fordharrison.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 2, 2025.

    Respectfully submitted,

    **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
    *Attorneys for Plaintiff*
    5001 SW 74th Court, Suite 103
    Miami, FL, 33155
    Telephone: (305) 350-3103
    Primary E-Mail: rdiego@lawgmp.com
    Secondary E-Mail: ramon@rjdiegolaw.com

    By: _/s/_Ramon J. Diego_
    RAMON J. DIEGO