UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20855-CMA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

DECARDENAS COMMERCIAL
PROPERTIES, LLC,

    Defendant.

_____/

### JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff NIGEL FRANK DE LA TORRE PARDO and Defendant, DECARDENAS COMMERCIAL PROPERTIES, LLC, ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

    STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on June 2, 2025.

11

By: /s/ Ramon J. Diego
RAMON J. DIEGO
Florida Bar No.: 689203
THE LAW OFFICE OF RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com
*Co-Counsel for Plaintiff*

By: /s/ Alfredo Garcia-Menocal
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610

GARCIA-MENOCAL, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, FL, 33134
Telephone: 305-553-3464
Fax: (855) 205-6904
Primary E-Mail: aquezada@lawgmp.com
Secondary E-Mails:
jacosta@lawgmp.com
*Co-Counsel for Plaintiff*

/s/ Rodolfo Gomez
Rodolfo Gomez
Florida Bar No. 0820903
FordHarrison
One SE 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2108
Facsimile: (305)808-2101
Email: rgomez@fordharrison.com
Counsel for Defendant